**Order entered June 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00651-CV

**ANDREW WHITE AND CHELSEA BALESTRA, WESLEY MURRAY AND DAVID GAWLAS, AND BENJAMIN LORD, Appellants**

**V.**

**NATIONAL HEALTH INVESTORS, INC. AND NHI-REIT OF AXEL LLC, Appellees**

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-07841**

## ORDER

Before the Court is appellants' June 26, 2019 first amended unopposed motion for extension of time to file their brief(s). We **GRANT** the motion and **ORDER** the brief(s) be filed no later than July 17, 2019.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE